United States District Court
Southern District of Texas
**ENTERED**
January 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM WAYNE WALKER<br>TDCJ I.D. #01897324,<br>　　　Plaintiff,<br><br>v.<br><br>ZULEMA CALDERON,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-19-0487 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that Plaintiff and Defendant settled their dispute at mediation. As a result, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **June 15, 2021,** that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas this  22nd  day of **January, 2021**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE